UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

MALIBU MEDIA, LLC,

                    Plaintiff,

vs.

JOHN DOE, subscriber assigned
IP address 68.198.14.219,

                    Defendant.

---------------------------------------------------------------X

Case No. 2:17-cv-06916-JMA-SIL

Judge Joan M. Azrack

## NOTICE OF MAILING

Pursuant to Magistrate Judge Steven I. Locke's Report and Recommendation to Honorable Joan M. Azrack, U.S.D.J. [CM/ECF #29] dated June 23, 2020, Plaintiff hereby gives notice of serving a copy of same upon Defendant, via first class U.S. Mail, on June 24, 2020.

Dated: June 25, 2020

                                            By:    /s/ *Kevin T. Conway*
                                                     Kevin T. Conway, Esq. (KC-3347)
                                                     80 Red Schoolhouse Road, Suite 110
                                                     Spring Valley, New York 10977
                                                     T: 845-352-0206
                                                     F: 845-352-0481
                                                     E-mail: ktcmalibu@gmail.com
                                                     *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2020, I electronically filed the foregoing document with the Clerk of the Court and all parties using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document via U.S. Mail to the persons set forth in the Service List below.

By:    /s/ *Kevin T. Conway*
            Kevin T. Conway, Esq. (KC-3347)

**Service List**
[REDACTED]



# Receipt

Print Date: Jun 25, 2020

| **RETURN TO** | | **REFERENCE** | |
|---|---|---|---|
| KEVIN T. CONWAY | | Ship Date: | Jun 25, 2020 |
| 80 Red Schoolhouse Road | | Ship from ZIP: | 10977 |
| Spring Valley, NY 10977 | | Weight: | 0 lbs. 1 oz. |
| | | User: | KevinTConway |
| **SHIP TO** | | Cost Code: | <None> |
| | | Refund Type: | E-refund |
| | | Reference #: | |
| | | Printed on: | Shipping label |
| | | Tracking #: | 00040899563762589287 |



| **SERVICE** | **UNIT PRICE** |
|---|---|
| First Class ® Envelope | $0.50 |
| Tracking | $0.00 |
| Insurance (N/A) | |
| | |
| Subtotal | $0.50 |
| Label Quantity | 1 |
| Total Cost | $0.50 |